IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PRANAY KUMAR TALLA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, Attorney General of the United States, et al.,<br><br>Defendants. | Civil Action No.<br>1:26-cv-3562-SEG |

**ORDER GRANTING EXTENSION OF TIME**

This matter is before the Court on Defendants' Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint. For good cause shown, it is hereby ORDERED that the Motion is GRANTED. Defendants may file their responsive pleading or motion, through and including December 10, 2026.

SO ORDERED this 23rd day of October, 2026.

Sarah E. Geraghty
United States District Judge